**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

NIHAL ERKAN, on behalf of herself and all others similarly situated,

Plaintiffs,

-against-

Extra Space Storage, Inc.,

Defendant.

Case No: 1:24-cv-03168-KAM-MMH

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
September 9, 2024

New York, New York
September 9, 2024

MARS KHAIMOV LAW, PLLC

By: /s/ Mars Khaimov
Mars Khaimov, Esq.
100 Duffy Ave., Suite 510
Hicksville, New York 11801
mars@khaimovlaw.com
*Attorneys for Plaintiff*

SEYFARTH SHAW LLP

By: /s/ John W. Egan
John W. Egan, Esq.
620 Eighth Avenue
New York, New York 10018
jegan@seyfarth.com
*Attorneys for Defendant*

9.10.24